Lewis Ward Littlepage
**LITTLEPAGE & ASSOCIATES, P.C.**
396 W. O'Brien Drive
Chode Building
Hagatna, Guam 96910
Tel: (671) 475-1111
Fax: (671) 475-1112
E-Mail: lewis@littlepagelawfirm.com
*Attorney for Ms. Louela Calimlim*



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| **LOUELA CALIMLIM**, | Civil Case No. 09-00009 |
| Plaintiff, | |
| vs. | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR DEFAULT** |
| **KING'S RESTAURANT LLC** and **FREDDY VANDOX SANTOS, Owner of Kings Restaurant LLC,** | |
| Defendants. | |

I, Lewis W. Littlepage, hereby declare as follows:

1. I am counsel for Plaintiff in the above captioned matter and have personal knowledge of the information contained herein;

2. The Complaint was filed and Summons' were issued on May 8, 2009.

Louela M. Calimlim vs. Kings Restaurant LLC
Civil Case No. 09-00009
Declaration of Counsel in Support of Application for Entry of Default
Case 1:09-cv-00009   Document 12   Filed 07/06/2009   Page 1 of 2
- 1 -

3. The Amended Complaint was filed on May 14, 2009.

4. The Defendants were served with the Amended Complaint on June 10, 2009, and the Returns of Service were filed on June 26, 2009.

5. Defendants' Answers were due on June 30, 2009.

6. Defendants have failed to appear, plead or otherwise defend within the time allowed and are now in Default.

7. Defendants are not incompetent, minors or in the military service.

8. Plaintiff has filed for a sum certain as outlined in her Amended Complaint / Plaintiff has filed for damages that should be determined by the Court.

9. The amount due Plaintiff by Defendant is justly owed and remains unpaid.

10. Plaintiff requests that the Clerk of the Court enter Default in favor of the Plaintiff, Louela Calimlim.

11. This affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Federal Rules of Procedure, for the purpose of obtaining an entry of default against the Defendants herein, as entitled for the Defendants' failure to answer the Plaintiff's Complaint.

Respectfully submitted this 2 day of July, 2009.

LITTLEPAGE & ASSOCIATES, P.C.

By: _____
Lewis W. Littlepage, Esq.
Attorney for Plaintiff Louela Calimlim

Louela M. Calimlim vs. Kings Restaurant LLC
Civil Case No. 09-00009
Declaration of Counsel in Support of Application for Entry of Default
Case 1:09-cv-00009   Document 12   Filed 07/06/2009   Page 2 of 2
- 2 -