Lewis Ward Littlepage
**LITTLEPAGE & ASSOCIATES, P.C.**
396 W. O'Brien Drive
Chode Building
Hagatna, Guam 96910
Tel: (671) 475-1111
Fax: (671) 475-1112
E-Mail: lewis@littlepagelawfirm.com
*Attorney for Ms. Louela Calimlim*

**FILED**
**DISTRICT COURT OF GUAM**
**JUL 06 2009**
**JEANNE G. QUINATA**
**Clerk of Court**

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| **LOUELA CALIMLIM,** <br><br> Plaintiff, <br><br> vs. <br><br> **KING'S RESTAURANT LLC and** <br> **FREDDY VANDOX SANTOS,** <br> **Owner of Kings Restaurant LLC,** <br><br> Defendants. | Civil Case No. 09-00009 <br><br> **AFFIDAVIT OF MILITARY SERVICE OF DEFENDANT** |

I, Lewis W. Littlepage, being duly sworn, deposes and says:

1. I am a legal resident of the United States being over the age of eighteen years.

2. My residence address is PO Box 7808, MOU-1, Agana Hts., Guam 96919.

Louela M. Calimlim vs. Kings Restaurant LLC
Civil Case No. 09-00009
Declaration of Counsel in Support of Application for Entry of Default
Case 1:09-cv-00009   Document 14   Filed 07/06/2009   Page 1 of 2
- 1 -

3. I am counsel for the Plaintiff in the above-entitled cause of action and have full knowledge of the facts relating thereto.

4. This affidavit is made to comply with the provision of the Act of Congress, cited as the Servicemembers Civil Relief Act.

5. Defendant King's Restaurant LLC is a Guam Limited Liability Company and therefore not a minor or an incompetent person, and not in military service.

6. Defendant Freddy Vandox Santos is not a person in the military service of the United States within the meaning of said Act, in that he is not:

    a. A member in the Unites States Army, Navy, Marine Corps, Coast Guard, Air Force, or of the Public Health Service detailed by proper authority for duty, either with the Army, Air Force, or Navy; or

    b. A person being trained or educated under the supervision of the United States preliminary to induction into the military service.

7. The above facts are true of my own knowledge.

Respectfully submitted this ___ day of July, 2009.

LITTLEPAGE & ASSOCIATES, P.C.

By: _____
Lewis W. Littlepage, Esq.
Attorney for Plaintiff Louela Calimlim

Louela M. Calimlim vs. Kings Restaurant LLC
Civil Case No. 09-00009
Declaration of Counsel in Support of Application for Entry of Default
Case 1:09-cv-00009   Document 14   Filed 07/06/2009   Page 2 of 2
- 2 -