Lewis Ward Littlepage
**LITTLEPAGE & ASSOCIATES, P.C.**
396 W. O'Brien Drive
Chode Building
Hagatna, Guam 96910
Tel: (671) 475-1111
Fax: (671) 475-1112
E-Mail: lewis@littlepagelawfirm.com

*Attorney for Ms. Louela Calimlim*

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| **LOUELA CALIMLIM**, | Civil Case No. 09-00009 |
| Plaintiff, | **ENTRY OF DEFAULT** |
| vs. | |
| **KING'S RESTAURANT LLC and** | |
| **FREDDY VANDOX SANTOS,** **Owner of Kings Restaurant LLC**, | |
| Defendants. | |

It appearing from an examination of the papers, records and files in this action that Defendants have been duly served with the Complaint and Summons in the manner required by law, and have failed to answer within the

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Louela M. Calimlim vs. Kings Restaurant LLC
Civil Case No. 09-00009
Entry of Default

time prescribed by law. The default of said Defendants is hereby entered according to law.

Dated: July 7, 2009            .

                                        JEANNE G. QUINATA,
                                        Clerk of Court
                                        District Court of Guam


By:   /s/ Rosita P. San Nicolas
       Chief Deputy Clerk

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Louela M. Calimlim vs. Kings Restaurant LLC
Civil Case No. 09-00009
Entry of Default

Case 1:09-cv-00009   Document 15   Filed 07/07/2009   Page 2 of 2